UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X.A.,[1] *et al.*,<br>A ward of the District of Columbia,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0441 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS PLAINTIFFS WHO LACK LEGAL
CAPACITY TO BRING AND MAINTAIN THE COMPLAINT**

Defendants, by counsel, pursuant to Fed. R. Civ. P. 17(c), respectfully move this Court to dismiss as Plaintiffs X.A.; I.B.; A.C.; D.G.; S.G.; A.G.; T.H.; S.H.; B.H.; M.H.; A.H.1[2]; A.H.2; S.H.; L.P.; J.P.; J. S.; D.T.; R.T.; J.W.; W.W.; and L.W. because they lack the legal capacity to bring and maintain the present case due to their apparent status as minors.

The reasons for this motion are set forth in the accompanying supporting memorandum. A proposed order is also submitted herewith.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

---

[1] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).
[2] Because there are two minors with the initials A.H., one will be referred to as A.H.1 and the other A.H.2. A.H.1 is inappropriately named as a plaintiff, given that he is a minor and lacks the legal capacity to bring suit. Maria Herrera, his mother, however, is properly listed as a plaintiff in this case. While the present Motion to Dismiss does not dispute that Ms. Herrera is a proper plaintiff, Defendant will answer the Complaint in its entirety, including responding to Ms. Herrera's allegations, following the Court's ruling on this motion.

2

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                **/s/ Edward P. Taptich**
                EDWARD P. TAPTICH [#012914]
                Chief, Equity Section 2

                **/s/ Eden I. Miller**
                EDEN I. MILLER [#483802]
                Assistant Attorney General
April 24, 2006        441 Fourth Street, N.W., Sixth Floor South
                Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X.A., *et al.*,<br>A ward of the District of Columbia,<br><br>  Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>  Defendant. | Civil Action No. 06-0441 (ESH) |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS PLAINTIFFS WHO LACK LEGAL
CAPACITY TO BRING AND MAINTAIN THE COMPLAINT**

All of the named plaintiffs in the Complaint, with the exception of Maria Herrera and her son A.H., are minors.[3]  See Complaint at 1-3, 4.

As minors, they lack the capacity to bring and maintain the instant suit and must be dismissed as plaintiffs.  District of Columbia v. Jerry M., 717 A.2d 866, 874, n. 17 (D.C. App. Ct. 1998) (court noting that "…*no* infant [minor], wherever he or she may be confined, has the capacity to sue without a representative, Fed. R. Civ. P. 17 (c).").

Federal Rule of Civil Procedure 17(c) states:

> Whenever an infant or incompetent person has a representative, such as a general guardian, committee, conservator, or other like fiduciary, the representative may sue or defend on behalf of the infant or incompetent person. An infant or incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court shall appoint a guardian ad

---

[3] The words "minor" and "infants" are used interchangeably in this jurisdiction to refer to a person under the age of eighteen.  If the minor does not have a representative, that person may bring suit after turning eighteen (the statute of limitations for his or her claim does not begin until he or she reaches majority).  D.C. Code § 12-302.

3

> litem for an infant or incompetent person not otherwise represented in an action or shall make such other order as it deems proper for the protection of the infant or incompetent person.

In the present case, no representatives brought this suit on behalf of the plaintiffs, either as next friend or as a guardian ad litem (except for A.H.1).

Therefore, the plaintiffs must be dismissed from this case.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
