## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X.A., *et al.*, ) | |
| A ward of the District of Columbia, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0441 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| A municipal corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss, memorandum of points and authorities in support thereof, any opposition thereto, and the record herein, it is, on this _____ day of _____, 2006,

**ORDERED** that the Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs X.A.; I.B.; A.C.; D.G.; S.G.; A.G.; T.H.; S.H.; B.H.; M.H.; A.H.1; A.H.2; S.H.; L.P.; J.P.; J.S.; D.T.; R.T.; J.W.; W.W.; and L.W. are **DISMISSED** from this action; and it is

**FURTHER ORDERED** that Defendant shall answer the complaint with regard to the only remaining plaintiff Maria Herrera, next friend of A.H.1.

                                                                                    _____
                                                                                    Ellen S. Huvelle
                                                                                    UNITES STATES DISTRICT JUDGE