UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X.A., et al.,<br>A ward of the District of Columbia,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-0441 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' OPPOSITION RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS WHO LACK LEGAL CAPACITY TO BRING AND MAINTAIN THE COMPLAINT**

The Plaintiffs, by and through undersigned counsel, respond and tender their opposition to the Defendant's motion that the Complaint herein be dismissed, as to minor Plaintiffs who lack capacity to bring and maintain the Complaint.

Plaintiffs respectfully submit that the Defendant's Motion to Dismiss, based on this procedural defect, ought to be denied. Without conceding the accuracy of the Plaintiffs' claims, the Defendant has consented to the Plaintiffs' request to amend the Complaint, pursuant to Fed. R. Civ. P. 15 (a), to include as parties, the parent(s) or guardian of each minor plaintiff.

Respectfully submitted,

**/s/ Angela T. Green [484436]**
Law Office of Anthony R. Davenport, Esq., P.C.
601 Pennsylvania Avenue N.W.
Suite 900
Washington D.C. 20004