UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X.A., et al., )<br>A ward of the District of Columbia, )<br> )<br>Plaintiffs, )<br> ) Civil Action No. 06-0441 (ESH)<br>v. )<br> )<br>DISTRICT OF COLUMBIA, )<br>A municipal corporation, )<br> )<br>Defendant. ) | |

**PLAINTIFFS' CONSENT MOTION TO AMEND THE COMPLAINT TO INCLUDE, AS PARTIES, THE PARENT(S) OR GUARDIAN OF THE MINOR PLAINTIFFS**

(Plaintiff has sought and obtained consent from the Defendant)

The Plaintiffs, by counsel and pursuant to Fed. R. Civ. P. 15 (a), respectfully move this Court for leave to amend the instant Complaint to include, as parties, the parent(s) or guardian of minor plaintiffs X.A.; I.B.; A.C.; D.G.; S.G; A.G.; T.H.; B.H.; M.H.; A.H.2; S.H.; L.P.; J.P.; J.S.; .D.T.; R.T.; J.W.; W.W. and L.W., for the reasons set forth in the accompanying Memorandum of Points and Authorities In Support of Plaintiffs' Consent Motion to Amend the Complaint to Include, As Parties, the Parent(s) or Guardian of the Minor Plaintiffs.

Respectfully submitted,

**/s/ Angela T. Green [484436]**
Law Office of Anthony R. Davenport, Esq., P.C.
601 Pennsylvania Avenue N.W.
Suite 900
Washington D.C. 20004