UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X.A., et al., ) | |
| A ward of the District of Columbia, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-0441 (ESH) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| A municipal corporation, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' CONSENT MOTION TO AMEND THE COMPLAINT TO INCLUDE, AS PARTIES, THE PARENT(S) OR GUARDIAN OF THE MINOR PLAINTIFFS**

The Plaintiffs, by and through undersigned counsel, respectfully move this Court for leave to amend the instant Complaint to include, as parties, the parent(s) or guardian of minor plaintiffs X.A.; I.B.; A.C.; D.G.; S.G; A.G.; T.H.; B.H.; M.H.; A.H.2; S.H.; L.P.; J.P.; J.S.; .D.T.; R.T.; J.W.; W.W. and L.W.

The Individuals with Disabilities Act (IDEA) provides that this Court may properly award reasonable attorneys fees to the parent or guardian of a child with a disability who is the prevailing party in an administrative due process hearing.  20 U.S.C. 1415 (i)(3)(B).  Thus, Plaintiffs desire to amend the Complaint to include as parties, the parent(s) or guardian of each minor Plaintiff, in order to include all proper parties to the instant Complaint.  Defendant has consented to Plaintiffs' request to so amend the Complaint.

Respectfully submitted,

**/s/ Angela T. Green [484436]**

Law Office of Anthony R. Davenport, Esq., P.C.
601 Pennsylvania Avenue N.W.
Suite 900
Washington D.C. 20004