UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X.A., et al., ) | |
| A ward of the District of Columbia, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-0441 (ESH) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| A municipal corporation, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Plaintiffs' Consent Motion to Amend the Complaint to Include, As Parties, the Parent(s) or Guardian of the Minor Plaintiffs, the memorandum of points and authorities in support thereof, and of the record herein, it is, this _____ day of _____, 2006,

**ORDERED,** that the motion of the Plaintiffs is hereby **GRANTED**.

_____
Ellen S. Huvelle
UNITED STATES DISTRICT JUDGE