UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Rolanda Avery,[1] <br> Parent and next friend of X.A.,[2] <br> A minor, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, <br><br> Defendant. | Civil Action No. 06-0441 (ESH) |

### DEFENDANT'S ANSWER TO THE AMENDED COMPLAINT

Defendant District of Columbia, by counsel, here answers Plaintiffs' Amended Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

### JURISDICTION

1. Defendant admits the allegations in paragraph 1, except that it denies that this Court has jurisdiction pursuant to 42 U.S.C. §1983, *et seq.*

2. Defendant admits the allegations in paragraph 2.

3. Defendant admits the allegations in paragraph 3.

4. Defendant admits the allegations in paragraph 4.

5. Defendant admits that the District of Columbia is a municipal corporation. The remaining allegations in paragraph 5 are conclusions of law and/or of the

---

[1] Because a minor lacks the legal capacity to bring and maintain a law suit, the proper plaintiff in this case would be X.A.'s parent, not X.A.

[2] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).

pleader to which no response is required. If a response is required, then the same are denied.

6. Defendant admits the allegations in paragraph 6.

7. Defendant admits the allegations in paragraph 7.

## STATEMENT OF FACTS

## COUNT I

8. The allegations in paragraph 8 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

9. Defendant admits the allegations in paragraph 9.

10. Defendant does not have sufficient knowledge to respond to the allegations in paragraph 10 at this time.

11. The allegations in paragraph 11 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

12. The allegations in paragraph 12 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

13. The allegations in paragraph 13 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

14. Defendant admits the allegations in paragraph 14.

15. Defendant admits the allegations in paragraph 15.

16. Defendant denies the allegations in paragraph 16.

17. Defendant denies the allegations in paragraph 17.

18. Defendant denies the allegations in paragraph 18.

19. Defendant denies the allegations in paragraph 19.

20. Defendant admits the allegations in paragraph 20.

21. Defendant admits the allegations in paragraph 21.

22. Defendant denies the allegations in paragraph 22.

23. Defendant lacks sufficient information to respond to the allegations in paragraph 23 at this time.

## COUNT II

24. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 23 above.

25. Defendant denies the allegations in paragraph 25.

26. The allegations in paragraph 26 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

27. Defendant denies the allegations in paragraph 27.

28. Defendant lacks sufficient information to respond to the allegations in paragraph 28 at this time.

## COUNT III

29. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 28 above.

30. Defendant denies the allegations in paragraph 30.

31. Defendant denies the allegations in paragraph 31.

32. Defendant denies the allegations in paragraph 32.

33. The allegations in paragraph 33 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

## COUNT IV

34. Defendant lacks sufficient information to respond to the allegations in paragraph 34 at this time.

35. Defendant lacks sufficient information to respond to the allegations in paragraph 35 at this time.

36. Defendant admits the allegations in paragraph 36.

37. Defendant admits the allegations in paragraph 37.

38. Defendant lacks sufficient information to respond to the allegations in paragraph 38 at this time.

39. Defendant lacks sufficient information to respond to the allegations in paragraph 39 at this time.

40. Defendant lacks sufficient information to respond to the allegations in paragraph 40 at this time.

41. Defendant lacks sufficient information to respond to the allegations in paragraph 41 at this time.

42. Paragraph 42 contains allegations of which only Plaintiff Herrera would have knowledge.

43. The allegations in paragraph 43 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

44. Defendant lacks sufficient information to respond to the allegations in paragraph 44 at this time.

45. Defendant lacks sufficient information to respond to the allegations in paragraph 45 at this time.

46. Defendant lacks sufficient information to respond to the allegations in paragraph 46 at this time.

47. Defendant lacks sufficient information to respond to the allegations in paragraph 47 at this time.

BY WAY OF FURTHER ANSWER, Defendant denies all allegations of wrongdoing not otherwise responded to or admitted.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Complaint alleges violations outside of applicable time limitations.

## THIRD AFFIRMATIVE DEFENSE

The Complaint seeks payment of fees above the fees caps in the applicable District of Columbia Appropriations Acts.

## FOURTH AFFIRMATIVE DEFENSE

The Complaint seeks payment of unreasonable fees.

**FIFTH AFFIRMATIVE DEFENSE**

The Complaint seeks payment of fees for services that are not compensable.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
May 23, 2006           (202) 727-3625 (facsimile)