UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rolanda Avery,<br>Parent and next friend of X.A.,[1]<br>A minor, *et al.*,<br><br>    Plaintiffs,<br><br>       v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0441 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the June 21, 2006, Joint Meet and Confer Statement and representations made in court by counsel at the June 28, 2006, Initial Scheduling Conference, it is hereby **ORDERED** that this case shall proceed with the following deadlines:

    a. Plaintiffs will file with the Court all pertinent documents to establish fee entitlement, such as invoices and hearing officer's decisions, within 30 days of the Motions Scheduling Order. Defendant reserves the right to obtain limited discovery regarding Plaintiffs' submission, if necessary, before the filing of cross-dispositive motions.

    b. Plaintiffs and Defendant will file cross-dispositive motions within 30 days of Plaintiffs' filing of pertinent documents.

    c. Plaintiffs and Defendant will file their oppositions no later than 30 days from the date of the filing of the cross-dispositive motions.

---

[1] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).

    d.  Plaintiffs and Defendant will file their replies no later than 20 days from the filing of the oppositions.

    e.  If necessary, once dispositive motions have been ruled on, a status conference to discuss the need for a pre-trial conference will be set within 30 days of the date of the order.

It is **FURTHER ORDERED** that:

Deadlines may be continued only by leave of the Court.

_____            _____
Date                                            Ellen Segal Huvelle
                                                   United States District Court Judge