# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLANDA AVERY, Parent and next friend of X.A.,[1] A minor, et al., <br><br>Plaintiffs, <br><br>v. <br><br>DISTRICT OF COLUMBIA, A municipal corporation, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 06-0441 (ESH/JMF) |

## ORDER

Upon consideration of the defendant's Motion to Stay Mediation, any responses thereto, and the record herein, it is hereby:

**ORDERED** that mediation for settlement discussions shall be stayed until the plaintiffs provide the defendant with all pertinent documents to establish fee entitlement, including administrative decisions and invoices.

_____                    _____
Date                                       Ellen Segal Huvelle
                                           United States District Court Judge

---

[1] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).