UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rolanda Avery, )
parent of X.A., a minor ward of the )
District of Columbia, *et al.*, )
   )
   Plaintiffs, )
   ) Civil Action No. 06-0441 (ESH) (JMF)
v. )
   )
DISTRICT OF COLUMBIA, )
A municipal corporation, )
   )
   Defendant. )

## JOINT MOTION TO CONTINUE THE INITIAL CONFERENCE

The parties, by and through their respective counsel, respectfully request that this Court continue the September 19, 2006, Initial Conference in the above-captioned matter, until after September 28, 2006, which is the next-scheduled settlement conference between the parties, before Magistrate Judge Facciola.

The parties have made significant progress toward settlement and disposal of a number of the Plaintiffs' claims. The parties anticipate that, at the conclusion of their September 28, 2006 settlement conference with Judge Facciola, only a few of the Plaintiffs' claims may remain; and that these claims may not be resolved without this Court's intervention, as these claims will require the Court's determination as to the reasonableness of the attorneys' fees claimed in the Plaintiffs' complaint.

On June 28, 2006, this Court issued a Minute Order, continuing the Initial Conference in the above-captioned matter until September 19, 2006 at 10 a.m. The parties request that the Court continue the Initial Conference to a date as soon as possible,

following the September 28, 2006 settlement conference. The parties will not be prejudiced by the granting of this motion.

Respectfully submitted,

/s/ Angela T. Green
Angela T. Green, # 484436
(202) 434-8252 (telephone)
(202) 220-3116 (facsimile)

ANTHONY R. DAVENPORT, ESQ., P.C.
601 Pennsylvania Avenue
Suite 900
Washington D.C. 20004

**Counsel for Plaintiffs**

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

/s/ Eden I. Miller
EDEN I MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (facsimile)

**Counsel for Defendants**

September 5, 2006

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rolanda Avery, )
parent of X.A., a minor ward of the )
District of Columbia, *et al.*, )
                                   )
          Plaintiffs, )
                                   ) Civil Action No. 06-0441 (ESH) (JMF)
     v. )
                                   )
DISTRICT OF COLUMBIA, )
A municipal corporation, )
                                   )
          Defendant. )

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION TO CONTINUE THE INITIAL CONFERENCE

1. Federal Rules of Civil Procedure 6 (b).

2. The inherent power of this Court.

3. The record herein.

                                           Respectfully submitted,

/s/ Angela T. Green                    ROBERT J. SPAGNOLETTI
Angela T. Green, # 484436           Attorney General of the District of Columbia
(202) 434-8252 (telephone)
(202) 220-3116 (facsimile)

                                           GEORGE C. VALENTINE
**ANTHONY R. DAVENPORT, ESQ., P.C.**     Deputy Attorney General
601 Pennsylvania Avenue            Civil Litigation Division
Suite 900
Washington D.C. 20004              /s/ Edward P. Taptich
                                           EDWARD P. TAPTICH [#012914]
**Counsel for Plaintiffs**                Chief, Equity Section 2

/s/ Eden L. Miller
EDEN I MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (facsimile)

**Counsel for Defendant**

September 5, 2006