UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rolanda Avery, parent of X.A., a minor ward of the District of Columbia, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, A municipal corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0441 (ESH) (JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of the Parties' Joint Motion to Continue the Initial Conference, it is on this _____ day of September, 2006:

1. **ORDERED**, that the Parties' Motion is **GRANTED**; and it is

2. **FURTHER ORDERED** that the Initial Conference is continued until _____, 2006 at _____ a.m. / p.m.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE