UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rolanda Avery, )
parent of X.A., a minor ward of the )
District of Columbia, *et al.*, )
 )
    Plaintiffs, )
 ) Civil Action No. 06-0441 (ESH) (JMF)
v. )
 )
DISTRICT OF COLUMBIA, )
A municipal corporation, )
 )
    Defendant. )

---

**JOINT MOTION TO CHANGE THE NAMED PLAINTIFF
FROM MINOR, X. A., TO ROLANDA AVERY, THE PARENT OF X. A.**

The parties, by and through their respective counsel, respectfully request that this Court and its clerk change the named plaintiff in the instant action from the minor, X. A., to his parent, Rolanda Avery. The parties will not be adversely affected by the granting of this motion.

Respectfully submitted,

/s/ **Angela T. Green**
Angela T. Green, # 484436
(202) 434-8252 (telephone)
(202) 220-3116 (facsimile)

**ANTHONY R. DAVENPORT, ESQ, P.C.**
601 Pennsylvania Avenue
Suite 900
Washington D.C. 20004

**Counsel for Plaintiffs**

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ **Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

1

/s/ Eden J. Miller
EDEN I MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (facsimile)

**Counsel for Defendants**

September 5, 2006

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rolanda Avery,                           )
parent of X.A., a minor ward of the      )
District of Columbia, *et al.*,          )
                                         )
         Plaintiffs,                     )
                                         ) Civil Action No. 06-0441 (ESH) (JMF)
    v.                                   )
                                         )
DISTRICT OF COLUMBIA,                    )
A municipal corporation,                 )
                                         )
         Defendant.                      )

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
PARTIES' JOINT MOTION TO CHANGE THE NAMED PLAINTIFF
FROM MINOR, X. A., TO ROLANDA AVERY, THE PARENT OF X. A.

1. Local Court Rule 5.4 (f) (2).

2. Federal Rule of Civil Procedure 17 (c).

3. The inherent power of this Court.

4. The record herein.

Respectfully submitted,

/s/ Angela T. Green
Angela T. Green, # 484436
(202) 434-8252 (telephone)
(202) 220-3116 (facsimile)

ANTHONY R. DAVENPORT, ESQ, P.C.
601 Pennsylvania Avenue
Suite 900
Washington D.C. 20004

**Counsel for Plaintiffs**

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

3

/s/ Eden I. Miller
EDEN I MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (facsimile)

**Counsel for Defendant**

September 5, 2006