UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rolanda Avery,<br>parent of X.A., a minor ward of the<br>District of Columbia, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>       Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06-0441 (ESH) (JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of the Joint Praecipe and Stipulation to Dismiss the claims of Plaintiffs A. C., D. G., A. G., B. H., D. T., R. T., J. W. and S. H., it is on this _____ day of September, 2006:

ORDERED, that all of the claims of A. C., D. G., A. G., B. H., D. T., R. T., J. W., and S. H., in the Amended Complaint and described in the parties' praecipe and stipulation, are hereby **DISMISSED WITHOUT PREJUDICE**, except for the claims of D. G., A. G., and B. H. alleged in Number 28 of the Amended Complaint, which shall remain.

_____
JOHN M. FACCIOLA
UNITED STATES DISTRICT MAGISTRATE JUDGE