UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLANDA AVERY,<br>Parent and next friend of X.A.,<br>A minor, et al.,<br><br>  Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0441 (ESH/JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION TO MODIFY THE
SCHEDULING ORDER TO PERMIT PURSUIT OF SETTLEMENT**

  Pursuant to Fed. R. Civ. Pro 6(b)(1), Defendant respectfully requests that this Court modify the October 10, 2006, scheduling order to enlarge all deadlines by thirty days, to allow the parties to focus their efforts on settlement, rather than dispositive motions. Since the time of the parties' last Settlement Conference with the Magistrate Judge on October 10, 2006, the parties have made significant progress towards settling this case in its entirety. Accordingly, Defendant asks that this Court adopt the attached Proposed Order.

  Plaintiffs' counsel has consented to a grant of this motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

December 6, 2006