UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rolanda Avery,<br>Parent and next friend of X.A.,<br>A minor, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0441 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Defendant's December 6, 2006, Consent Motion to Modify the Scheduling Order to Permit Pursuit of Settlement, it is hereby **ORDERED** that this case shall proceed with the following deadlines:

    a. Defendant shall file a motion for summary judgment on or before January 9, 2007.

    b. Plaintiffs shall file an opposition to Defendant's motion, and a cross-motion for summary judgment on or before February 8, 2007.

    c. Defendant shall file a reply in support of its motion, and an opposition to Plaintiffs' cross-motion on or before February 26, 2007.

    d. Plaintiffs shall file a reply in support of their cross-motion on or before March 5, 2007.

It is **FURTHER ORDERED** that:

Deadlines may be continued only by leave of the Court.

_____                    _____
Date                                       Ellen Segal Huvelle
                                           United States District Court Judge