UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVERY, et al.

      Plaintiffs

      v.                            Civil Action No. 06-441

DISTRICT OF COLUMBIA, et a.

      Defendants


Praecipe

      Please note the entrance of appearance of Anthony R. Davenport, Esq., as counsel for the plaintiffs.


Anthony R. Davenport, Esq.
601 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C.  20004
Counsel for the Plaintiffs