UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROLANDA AVERY,<br>Parent and next friend of X.A.,<br>A minor, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0441 (ESH/JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR DISMISSAL OF THE CASE

The parties, through counsel, respectfully move this Court to dismiss the present case, as all outstanding issues have been resolved. Attached hereto is a joint proposed order.

Respectfully submitted,

**/s/ Anthony R. Davenport**  
Anthony R. Davenport, Esq.  
601 Pennsylvania Avenue, N.W.  
Suite 900  
Washington, D.C. 20004  

Counsel for the Plaintiffs

LINDA SINGER  
Acting Attorney General  
for the District of Columbia  

GEORGE C. VALENTINE  
Deputy Attorney General  
Civil Litigation Division  

**/s/ Edward P. Taptich**  
EDWARD P. TAPTICH  
Chief, Equity Section 2  
Bar Number 012914

                                        **/s/ Eden I. Miller**
                                        EDEN I. MILLER
                                        Assistant Attorney General
                                        Bar Number 483802
                                        Sixth Floor South
                                        441 Fourth Street, N.W.
                                        Washington, D.C. 20001
                                        (202) 724-6614
                                        (202) 727-3625 (fax)
                                        E-mail: Eden.Miller@dc.gov

January 18, 2007                                Counsel for the Defendant