# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROLANDA AVERY,<br>Parent and next friend of X.A.,<br>A minor, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-0441 (ESH/JMF) |

## ORDER

By consent of the parties, it is, on this _____ day of January, 2007, hereby

**ORDERED**, that the District of Columbia will pay to the plaintiffs' counsel, Anthony Davenport, $7,895.00 in attorney's fees and costs for work in the above-captioned civil action; and it is

**FURTHER ORDERED**, that the District of Columbia Public Schools will pay $5,240.00 in attorney's fees and costs to the plaintiffs' counsel, Anthony Davenport, for the eight remaining plaintiffs, not including Maria Herrera; and it is

**FURTHER ORDERED**, that the District of Columbia Public Schools will pay $4,621.82 directly to Plaintiff Maria Herrera for reimbursement of services and travel expenses; and it is

**FURTHER ORDERED**, that all payment shall be made within 90 days of the date of this Order, and on the 91st day, interest shall accrue, pursuant to 28 U.S.C. § 1961; and it is

**FURTHER ORDERED**, that the above-mentioned agreement of the parties resolves all claims by the plaintiffs and their counsel in the above-captioned case, and extinguishes all of the defendant's liabilities for such claims; and it is

**FURTHER ORDERED**, that this case is **DISMISSED WITH PREJUDICE.**


_____
Ellen Segal Huvelle
United States District Court Judge