UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROLANDA AVERY,**<br>Parent and next friend of X.A.,<br>A minor, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0441 (ESH/JMF) |
| **DISTRICT OF COLUMBIA,**<br>A municipal corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

By consent of the parties, it is, on this 18th day of January, 2007, hereby

**ORDERED**, that the District of Columbia will pay to the plaintiffs' counsel, Anthony Davenport, $7,895.00 in attorney's fees and costs for work in the above-captioned civil action; and it is

**FURTHER ORDERED**, that the District of Columbia Public Schools will pay $5,240.00 in attorney's fees and costs to the plaintiffs' counsel, Anthony Davenport, for the eight remaining plaintiffs, not including Maria Herrera; and it is

**FURTHER ORDERED**, that the District of Columbia Public Schools will pay $4,621.82 directly to Plaintiff Maria Herrera for reimbursement of services and travel expenses; and it is

**FURTHER ORDERED**, that all payment shall be made within 90 days of the date of this Order, and on the 91st day, interest shall accrue, pursuant to 28 U.S.C. § 1961; and it is

**FURTHER ORDERED**, that the above-mentioned agreement of the parties resolves all claims by the plaintiffs and their counsel in the above-captioned case, and extinguishes all of the defendant's liabilities for such claims; and it is

**FURTHER ORDERED**, that this case is **DISMISSED WITH PREJUDICE.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge